1  Daniel J. Kelly (Bar No. 145088)
   HAIGHT BROWN & BONESTEEL LLP
2  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
3  Telephone: 415.546.7500
   Facsimile: 415.546.7505
4

5  Attorneys for Defendant NORTHROP GRUMMAN
   SHIP SYSTEMS, INC. formally known as INGALLS
6  SHIPBUILDING, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 MARTIN FLETCHER,                    )  Case No. C 00 2850 MJJ
                                       )
12         Plaintiff,                  )  SUBSTITUTION OF ATTORNEY
                                       )
13      v.                             )
                                       )
14 RAYBESTOS-MANHATTAN,                )
   INCORPORATED, et al,                )
15                                     )
           Defendant.                  )
16 _____ )

17      Defendant Northrop Grumman Ship Systems, Inc., formerly Ingalls Shipbuilding,
18 Inc., hereby substitutes retained counsel Daniel J. Kelly (Bar No. 145088) of Haight
19 Brown & Bonesteel LLP, 71 Stevenson Street, 20th Floor, San Francisco, California
20 94105-2981, Telephone: (415) 546-7500, Facsimile: (415) 546-7505 as attorney of record
21 in place and stead of Charles T. Sheldon, Sedgwick, Detert, Moran & Arnold LLP.

22 Dated: March 18, 2008            NORTHROP GRUMMAN SHIP SYSTEMS,
                                    INC. fka INGALLS SHIPBUILDING, INC.
23
24                                  By: _____
25                                      Cynthia R. Thompson

26 ///
27 ///
28 ///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000061
3029400.1

1

Case No. C 00 2850 MJJ
SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.

2  Dated: ~~March~~ , 2008     SEDGWICK, DETERT, MORAN &
          April 4                ARNOLD LLP

3

4                                By: _____
5                                Charles T. Sheldon
                                 Present Attorneys for Defendant
6                                NORTHROP GRUMMAN SHIP
                                 SYSTEMS, INC. fka INGALLS
7                                SHIPBUILDING, INC.

8  I am duly admitted to practice in this District and accept the above substitution.

9  Dated: March 28, 2008          HAIGHT BROWN & BONESTEEL LLP

10

11                                By: _____
                                  Daniel J. Kelly
12                                New Attorneys for Defendant
                                  NORTHROP GRUMMAN SHIP
13                                SYSTEMS, INC. fka INGALLS
                                  SHIPBUILDING, INC.
14

15 **Substitution of Attorney is hereby approved.**

16

17 Dated:   April 21, 2008.        IT IS SO ORDERED
                                   Judge William Alsup
18                                 _____
                                   United States District Judge/Magistrate Judge
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000061
3029400.1

2

Case No.  C 00 2850 MJJ
SUBSTITUTION OF ATTORNEY